**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYNARD VALLERY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SGT. J. SALCEDO, et al.,<br><br>　　　　Defendants. | NO. ED CV 18-1218-SJO(E)<br><br><br><br>JUDGMENT |

　　IT IS ADJUDGED that the Second Amended Complaint and the action are dismissed without leave to amend and with prejudice.

　　　　DATED: March 27, 2019.

　　　　　　　　　　　　　　　　　　　／s／ S. James Otero
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE